# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DECASTRO, BENJAMIN M § Case No. 09-71361
      DECASTRO, KATHERINE R §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/23/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2009    By: /s/STEPHEN G. BALSLEY
                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jshores                Page 1 of 2                   Date Rcvd: Oct 29, 2009
Case: 09-71361                 Form ID: pdf002              Total Noticed: 74

The following entities were noticed by first class mail on Oct 31, 2009.
db/jdb         +Benjamin M Decastro,   Katherine R Decastro,   10 Shoal Creek Ct.,
                 Lake In The Hills, IL 60156-5938
aty            +Nathan E Delman,   Leeders & Associates, Ltd.,   20 E. Jackson,  Ste. 850,
                 Chicago, IL 60604-2293
tr             +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                 Rockford, IL 61108-2579
13749199       +American Express,   PO Box 297812,   Fort Lauderdale, FL 33329-7812
13749197       +American Express,   c/o Beckett and Lee,   Po Box 3001,   Malvern, PA 19355-0701
13749198       +American Express,   c/o Beckett and Lee LLP,   PO BOX 3024,   Malvern, PA 19355-0724
14106368        American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14106366        American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13749200       +Arrow Financial Services,   5996 W Touhy Ave,   Niles, IL 60714-4610
13749201       +Atlantic Crd,   P O Box 13386,   Roanoke, VA 24033-3386
13749203       +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
13749204       +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
13749205       +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
                 Wilmington, DE 19899-8833
13749206       +Blatt, Hassenmiller, Leibsker,  & Moore LLC,   125 South Wacker Dr, Suite 400,
                 Chicago, IL 60606-4440
13749207       +Bureau Of Collection R,   7575 Corporate Way,   Eden Prairie, MN 55344-2000
14051764       +CHASE BANK USA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
13749208       +Central Mortgage Co,   801 John Barrow Rd, Ste 1,   Little Rock, AR 72205-6511
13749210       +Chase - Cc,   Attention: Bankruptcy Department,   Po Box 15298,   Wilmington, DE 19850-5298
13749209       +Chase - Cc,   Attention: Banktruptcy Department,   Po Box 15298,   Wilmingtom, DE 19850-5298
13749211       +Chase- BP,   Attention: Banktruptcy Department,   Po Box 100018,   Kennesaw, GA 30156-9204
13749212       +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13749213       +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13749214       +Citifinancial Retail Services,   Po Box 140489,   Irving, TX 75014-0489
13749215       +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
                 Simi Valley, CA 93062-5170
13749216       +Dell Financial Services,   Attn: Bankruptcy Dept.,   12234 North Ih 35,   Austin, TX 78753-1724
14028453        Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
                 Greenville, SC 29603-0390
13749218       +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
13749219       +Equity Residential,   6404 Interntional Parkway,   Suite 1500,   Plano, TX 75093-8228
14215824        FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                 Oklahoma City, OK  73124-8809
13749220       +FIA Card Services,   PO Box 15137,   Wilmington, DE 19850-5137
13749221       +Firstsource Advantage LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
13749227       +HSBC,   PO Box 19360,   Portland, OR 97280-0360
13749228       +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
13749229       +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
13749230       +Hsbc/carsn,   Pob 15521,   Wilmington, DE 19850-5521
13749231       +Hsbc/saks,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
13749234       +Leading Edge Recovery Solutions LLC,   5440 N Cumberland Ave,   Ste. 300,
                 Chicago, IL 60656-1486
13749236        Lowes / MBGA,   Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076
13749238        Mann Bracken LLP,   2 Irvington Centre,   Rockville, MD 20850-5775
13749239        Merchants & Medical Credit Corp.,   6324 Taylor Drive,   Flint, MI 48507-4685
13749240        Midland Credit Management, Inc.,   PO BOx 60578,   Los Angeles, CA 90060-0578
13749241        NCO Financial Systems, Inc.,   PO Box 61247,   Dept 64,   Virginia Beach, VA 23466
14028451       +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
13749242       +Peoples Gas,   C/O Bankruptcy Department,   130 E. Randolph Drive,   Chicago, IL 60601-6302
13749243       +Receivable Performance Management,   20816 44th Ave W,   Lynnwood, WA 98036-7744
13966347       +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13749244       +Thd/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13749245       +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
13749248      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
                 Cincinnati, OH 45201)
13749246       +United Recovery Systems,   5800 N Course Drive,   Houston, TX 77072-1613
13749247       +Universal Fidelity LP,   PO Box 941911,   Houston, TX 77094-8911
13749249       +Victoria’s Secret,   Po Box 182273,   Columbus, OH 43218-2273
13749250       +Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
                 Greenville, SC 29603-0467
13749251       +Weltman, Weinberg & Reis Co,   10 S LaSalle St, Suite 900,   Chicago, IL 60603-1016
13749252       +Wfnnb/harlem Furniture,   Po Box 182273 - Wf,   Columbus, OH 43218-2273
13749253       +Zwicker & Associates,   80 Minuteman Road,   Andover, MA 01810-1008
13749254       +Zwicker & Associates PC,   80 Minuteman Road,   Andover, MA 01810-1008

The following entities were noticed by electronic transmission on Oct 29, 2009.
13749202       +E-mail/Text: ACF-EBN@acf-inc.com                          Atlantic Credit & Finance Inc,
                 PO Box 13386,   Roanoke, VA 24033-3386
13961058        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2009 04:06:40     DISCOVER BANK,
                 DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13749217       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2009 04:06:40     Discover Financial,
                 Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
13749222        E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2009 03:37:25     GE Money Bank,   PO Box 9600061,
                 Orlando, FL 32896-0061
13749223        E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2009 03:37:24     GE Money Bank/Lowe’s Consumer,
                 PO Box 530914,   Atlanta, GA 30353-0914
```

```
District/off: 0752-3          User: jshores              Page 2 of 2                Date Rcvd: Oct 29, 2009
Case: 09-71361                Form ID: pdf002            Total Noticed: 74

The following entities were noticed by electronic transmission (continued)
13749224      E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2009 03:37:24     GEMB / Old Navy,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076
13749225      E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2009 03:37:24     GEMB / Walmart,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076
13749226      E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2009 03:37:24     Gemb/sams Club Dc,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076
13749232     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 30 2009 04:23:14      Kohls,    Attn: Recovery,
              Po Box 3120,    Milwaukee, WI 53201-3120
13749233     +E-mail/Text: JPF-EBN@jpfryelaw.com                            Law Office of John P Frye, PC,
              PO Box 13665,    Roanoke, VA 24036-3665
13749237     +E-mail/Text: resurgentbknotifications@resurgent.com                            Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
13942191     +E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2009 03:37:25
              Recovery Management Systems Corporation,     For Capital Recovery III LLC,
              As Assignee of GE Capital - Lord & Taylo,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13942235     +E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2009 03:37:25
              Recovery Management Systems Corporation,     For Capital Recovery III LLC,
              As Assignee of GE Capital - Old Navy,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13942171     +E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2009 03:37:25
              Recovery Management Systems Corporation,     For Capital Recovery III LLC,
              As Assignee of GE Capital - Sam's Club,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13942254     +E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2009 03:37:25
              Recovery Management Systems Corporation,     For Capital Recovery III LLC,
              As Assignee of GE Capital - Lowe's Consu,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13942190     +E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2009 03:37:25
              Recovery Management Systems Corporation,     For Capital Recovery III LLC,
              As Assignee of HSBC Bank Nevada National,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13989710      E-mail/PDF: BNCEmails@blinellc.com Oct 30 2009 04:06:38       Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13749235      Lord & Taylor
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2009**            **Signature:**     *Joseph Speetjens*