UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: DECASTRO, BENJAMIN M<br>  DECASTRO, KATHERINE R<br><br>Debtor(s) | § Case No. 09-71361<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/23/2009 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2009        By:   /s/STEPHEN G. BALSLEY
                                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: DECASTRO, BENJAMIN M | § | Case No. 09-71361 |
| DECASTRO, KATHERINE R | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,575.24 |
| *and approved disbursements of* | $ 1,950.00 |
| *leaving a balance on hand of* [1] | $ 6,625.24 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                        *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Stephen G. Balsley | $ 1,412.52 | $ |
| Attorney for trustee | Stephen G. Balsley | $ 1,950.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 190,715.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Capital Recovery/GE Capital - Sam's Club | $ 5,027.28 | $ 86.02 |
| 2 | Capital Recovery/HSBC Bank - Carsons | $ 1,115.78 | $ 19.10 |
| 3 | Capital Recovery/GE Capital - Lord & Taylor | $ 1,611.76 | $ 27.57 |
| 4 | Capital Recovery/GE Capital - Old Navy | $ 540.95 | $ 9.25 |
| 5 | Capital Recovery/GE Capital - Lowe's | $ 3,146.88 | $ 53.84 |
| 6 | Capital Recovery/HSBC | $ 2,619.56 | $ 44.81 |
| 7 | Discovery Bank | $ 7,701.35 | $ 131.75 |
| 8 | Target National Bank | $ 8,991.44 | $ 153.82 |
| 9 | Roundup Funding, LLC | $ 854.19 | $ 14.61 |
| 10 | Roundup Funding, LLC | $ 4,834.31 | $ 82.70 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 11 | PYOD, LLC/Citibank | $ 9,367.92 | $ 160.26 |
| 12 | PYOD, LLC/Citibank | $ 9,792.41 | $ 167.53 |
| 13 | Dell Financial Services L.L.C. | $ 2,137.06 | $ 36.56 |
| 14 | Chase Bank, USA | $ 3,318.40 | $ 56.77 |
| 15 | Chase Bank, USA | $ 6,694.49 | $ 114.53 |
| 16 | Chase Bank, USA | $ 1,108.27 | $ 18.96 |
| 17 | American Express Centurion Bank | $ 33,549.44 | $ 573.96 |
| 18 | American Express Bank FSB | $ 10,183.55 | $ 174.22 |
| 19 | American Express Bank FSB | $ 19,501.93 | $ 333.63 |
| 20 | American Express Centurion Bank | $ 11,674.04 | $ 199.72 |
| 21 | FIA Card Services/Bank of America/MBNA America Bank | $ 18,359.63 | $ 314.09 |
| 22 | FIA Card Services/Bank of America/MBNA America Bank | $ 20,097.61 | $ 343.82 |
| 23 | FIA Card Services/Bank of America/MBNA America Bank | $ 5,783.37 | $ 98.94 |
| 24 | FIA Card Services/Bank of America/MBNA America Bank | $ 2,704.23 | $ 46.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 2                   Date Rcvd: Nov 04, 2009
Case: 09-71361                Form ID: pdf006            Total Noticed: 74

The following entities were noticed by first class mail on Nov 06, 2009.
db/jdb        +Benjamin M Decastro,    Katherine R Decastro,    10 Shoal Creek Ct.,
                Lake In The Hills, IL 60156-5938
aty           +Nathan E Delman,    Leeders & Associates, Ltd.,    20 E. Jackson,    Ste. 850,
                Chicago, IL 60604-2293
tr            +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
13749199      +American Express,    PO Box 297812,    Fort Lauderdale, FL 33329-7812
13749197      +American Express,    c/o Becket and Lee,    PO Box 3001,    Malvern, PA 19355-0701
13749198      +American Express,    c/o Beckett and Lee LLP,    PO BOX 3024,    Malvern, PA 19355-0724
14106368       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14106366       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13749200      +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
13749203      +Bac / Fleet Bankcard,    Po Box 26012,    Greensboro, NC 27420-6012
13749204      +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13749205      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
13749206      +Blatt, Hassenmiller, Leibsker,    & Moore LLC,    125 South Wacker Dr, Suite 400,
                Chicago, IL 60606-4440
13749207      +Bureau Of Collection R,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
14051764      +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13749208      +Central Mortgage Co,    801 John Barrow Rd, Ste 1,    Little Rock, AR 72205-6511
13749210      +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
13749209      +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
13749211      +Chase- BP,    Attention: Bankruptcy Department,    Po Box 100018,    Kennesaw, GA 30156-9204
13749212      +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13749213      +Citibank Usa,    Attn.: Centralized  Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13749214      +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
13749215      +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
13749216      +Dell Financial Services,    Attn: Bankruptcy Dept.,    12234 North Ih 35,    Austin, TX 78753-1724
14028453       Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                Greenville, SC 29603-0390
13749218      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13749219      +Equity Residential,    6404 Interntional Parkway,    Suite 1500,    Plano, TX 75093-8228
14215824       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
13749220      +FIA Card Services,    PO Box 15137,    Wilmington, DE 19850-5137
13749221      +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
13749227      +HSBC,    PO Box 19360,    Portland, OR 97280-0360
13749228      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
13749229      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
13749230      +Hsbc/carsn,    Pob 15521,    Wilmington, DE 19850-5521
13749231      +Hsbc/saks,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
13749234      +Leading Edge Recovery Solutions LLC,    5440 N Cumberland Ave,    Ste. 300,
                Chicago, IL 60656-1486
13749238       Mann Bracken LLP,    2 Irvington Centre,    Rockville, MD 20850-5775
13749239       Merchants & Medical Credit Corp.,    6324 Taylor Drive,    Flint, MI 48507-4685
13749240       Midland Credit Management, Inc.,    PO BOx 60578,    Los Angeles, CA 90060-0578
13749241       NCO Financial Systems, Inc.,    PO Box 61247,    Dept 64,    Virginia Beach, VA 23466
14028451      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13749242      +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
13749243      +Receivable Performance Management,    20816 44th Ave W,    Lynnwood, WA 98036-7744
13966347      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13749244      +Thd/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13749245      +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
13749248     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
13749246      +United Recovery Systems,    5800 N Course Drive,    Houston, TX 77072-1613
13749247      +Universal Fidelity LP,    PO Box 941911,    Houston, TX 77094-8911
13749249      +Victoria’s Secret,    Po Box 182273,    Columbus, OH 43218-2273
13749250      +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
                Greenville, SC 29603-0467
13749251      +Weltman, Weinberg & Reis Co,    10 S LaSalle St, Suite 900,    Chicago, IL 60603-1016
13749252      +Wfnnb/harlem Furniture,    Po Box 182273 - Wf,    Columbus, OH 43218-2273
13749253      +Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
13749254      +Zwicker & Associates PC,    80 Minuteman Road,    Andover, MA 01810-1008

The following entities were noticed by electronic transmission on Nov 04, 2009.
13749201       +E-mail/Text: ACF-EBN@acf-inc.com                            Atlantic Crd,    P O Box 13386,
                Roanoke, VA 24033-3386
13749202       +E-mail/Text: ACF-EBN@acf-inc.com                            Atlantic Credit & Finance Inc,
                PO Box 13386,    Roanoke, VA 24033-3386
13961058        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2009 05:26:31      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13749217       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2009 05:26:31      Discover Financial,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13749222        E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2009 04:57:56      GE Money Bank,    PO Box 9600061,
                Orlando, FL 32896-0061
13749223        E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2009 04:57:56      GE Money Bank/Lowe’s Consumer,
                PO Box 530914,    Atlanta, GA 30353-0914
```

```
District/off: 0752-3           User: jshores               Page 2 of 2               Date Rcvd: Nov 04, 2009
Case: 09-71361                 Form ID: pdf006             Total Noticed: 74

The following entities were noticed by electronic transmission (continued)
13749224      +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2009 04:57:57     GEMB / Old Navy,
               Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13749225      +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2009 04:57:56     GEMB / Walmart,
               Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13749226      +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2009 04:57:56     Gemb/sams Club Dc,
               Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13749232      +E-mail/PDF: cr-bankruptcy@kohls.com Nov 05 2009 04:57:57     Kohls,   Attn: Recovery,
               Po Box 3120,   Milwaukee, WI 53201-3120
13749233      +E-mail/Text: JPF-EBN@jpfryelaw.com                          Law Office of John P Frye, PC,
               PO Box 13665,   Roanoke, VA 24036-3665
13749236      +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2009 04:57:57     Lowes / MBGA,
               Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
13749237      +E-mail/Text: resurgentbknotifications@resurgent.com                   Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
13942191      +E-mail/PDF: rmscedi@recoverycorp.com Nov 05 2009 04:57:57
               Recovery Management Systems Corporation,    For Capital Recovery III LLC,
               As Assignee of GE Capital - Lord & Taylo,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13942235      +E-mail/PDF: rmscedi@recoverycorp.com Nov 05 2009 04:57:57
               Recovery Management Systems Corporation,    For Capital Recovery III LLC,
               As Assignee of GE Capital - Old Navy,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13942171      +E-mail/PDF: rmscedi@recoverycorp.com Nov 05 2009 04:57:57
               Recovery Management Systems Corporation,    For Capital Recovery III LLC,
               As Assignee of GE Capital - Sam's Club,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13942254      +E-mail/PDF: rmscedi@recoverycorp.com Nov 05 2009 04:57:57
               Recovery Management Systems Corporation,    For Capital Recovery III LLC,
               As Assignee of GE Capital - Lowe's Consu,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13942190      +E-mail/PDF: rmscedi@recoverycorp.com Nov 05 2009 04:57:57
               Recovery Management Systems Corporation,    For Capital Recovery III LLC,
               As Assignee of HSBC Bank Nevada National,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13989710       E-mail/PDF: BNCEmails@blinellc.com Nov 05 2009 04:56:29     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13749235       Lord & Taylor
aty*          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 06, 2009**          **Signature:**   *Joseph Speetjens*