UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| BENJAMIN M. DECASTRO and | ) | CASE NO. 09-71361 |
| KATHERINE R. DECASTRO, | ) | |
| | ) | |
| Debtors. | ) | |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

STEPHEN G. BALSLEY, Trustee, pursuant to 11 U.S.A. § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property to the Clerk of the Bankruptcy Court:

| CHECK NO. | CLAIMANT | DISTRIBUTION AMOUNT |
|---|---|---|
| 101 | Benjamin M. Decastro and Katherine R. DeCastro c/o Attorney Nathan Delman | $1,950.00 |
| TOTAL: | | $1,950.00 |

/s/Stephen G. Balsley
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687