UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: DECASTRO, BENJAMIN M § Case No. 09-71361
       DECASTRO, KATHERINE R §
                             §
Debtor(s)                    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $794,841.00 | Assets Exempt: $38,800.00 |
| Total Distribution to Claimants: $3,262.72 | Claims Discharged Without Payment: $300,117.43 |
| Total Expenses of Administration: $3,362.52 | |

3) Total gross receipts of $ 8,575.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,950.00 (see **Exhibit 2**), yielded net receipts of $6,625.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,171,547.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,362.52 | 3,362.52 | 3,362.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 325,871.81 | 190,715.85 | 190,715.85 | 3,262.72 |
| **TOTAL DISBURSEMENTS** | $1,497,418.81 | $194,078.37 | $194,078.37 | $6,625.24 |

4) This case was originally filed under Chapter 7 on April 06, 2009. . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2010        By: /s/STEPHEN G. BALSLEY
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2008 tax refund of $8,575.00 | 1124-000 | 4,975.00 |
| 2002 Mercedes ML320 | 1129-000 | 3,600.00 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$8,575.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Benjamin M. Decastro and Katherine R. DeCastro | Returned portion of income tax refund per Court Order 09/20/2009 | 8100-002 | 0.00 |
| Clerk of the United States Bankruptcy Court | Returned portion of income tax refund per Court Order 09/20/2009 | 8500-002 | 0.00 |
| Clerk of the United States Bankruptcy Court | Returned portion of income tax refund per Court Order 09/20/2009 | 8500-002 | 1,950.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,950.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide Home Lending | 4110-000 | 420,000.00 | N/A | N/A | 0.00 |
| Central Mortgage Co | 4110-000 | 647,125.00 | N/A | N/A | 0.00 |
| Countrywide Home Lending | 4110-000 | 104,422.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$1,171,547.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 1,412.52 | 1,412.52 | 1,412.52 |
| Stephen G. Balsley | 3110-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,362.52 | 3,362.52 | 3,362.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery/GE Capital - Sam's Club | 7100-000 | 4,796.00 | 5,027.28 | 5,027.28 | 86.02 |
| Capital Recovery/HSBC Bank - Carsons | 7100-000 | 1,071.00 | 1,115.78 | 1,115.78 | 19.10 |
| Capital Recovery/GE Capital - Lord & Taylor | 7100-000 | 1,501.51 | 1,611.76 | 1,611.76 | 27.57 |
| Capital Recovery/GE Capital - Old Navy | 7100-000 | 515.00 | 540.95 | 540.95 | 9.25 |
| Capital Recovery/GE Capital - Lowe's | 7100-000 | 2,639.00 | 3,146.88 | 3,146.88 | 53.84 |
| Capital Recovery/HSBC | 7100-000 | 2,620.00 | 2,619.56 | 2,619.56 | 44.81 |
| Discovery Bank | 7100-000 | 7,701.00 | 7,701.35 | 7,701.35 | 131.75 |
| Target National Bank | 7100-000 | 8,991.00 | 8,991.44 | 8,991.44 | 153.82 |
| Roundup Funding, LLC | 7100-000 | 854.00 | 854.19 | 854.19 | 14.61 |
| Roundup Funding, LLC | 7100-000 | 4,834.00 | 4,834.31 | 4,834.31 | 82.70 |
| PYOD, LLC/Citibank | 7100-000 | 9,063.00 | 9,367.92 | 9,367.92 | 160.26 |
| PYOD, LLC/Citibank | 7100-000 | 9,792.00 | 9,792.41 | 9,792.41 | 167.53 |
| Dell Financial Services L.L.C. | 7100-000 | 1,841.00 | 2,137.06 | 2,137.06 | 36.56 |
| Chase Bank, USA | 7100-000 | 3,318.00 | 3,318.40 | 3,318.40 | 56.77 |
| Chase Bank, USA | 7100-000 | 6,694.00 | 6,694.49 | 6,694.49 | 114.53 |
| Chase Bank, USA | 7100-000 | 984.00 | 1,108.27 | 1,108.27 | 18.96 |
| American Express Centurion | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---:|---:|---:|---:|
| Bank | 7100-000 | 33,549.00 | 33,549.44 | 33,549.44 | 573.96 |
| American Express Bank FSB | 7100-000 | 10,183.00 | 10,183.55 | 10,183.55 | 174.22 |
| American Express Bank FSB | 7100-000 | 19,501.00 | 19,501.93 | 19,501.93 | 333.63 |
| American Express Centurion Bank | 7100-000 | 11,674.00 | 11,674.04 | 11,674.04 | 199.72 |
| FIA Card Services/Bank of America/MBNA America Bank | 7100-000 | 36,718.63 | 18,359.63 | 18,359.63 | 314.09 |
| FIA Card Services/Bank of America/MBNA America Bank | 7100-000 | 20,097.00 | 20,097.61 | 20,097.61 | 343.82 |
| FIA Card Services/Bank of America/MBNA America Bank | 7100-000 | 11,566.37 | 5,783.37 | 5,783.37 | 98.94 |
| FIA Card Services/Bank of America/MBNA America Bank | 7100-000 | 2,704.00 | 2,704.23 | 2,704.23 | 46.26 |
| GEMB / Walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Hsbc Best Buy | 7100-000 | 3,998.00 | N/A | N/A | 0.00 |
| Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Dsnb Macys | 7100-000 | 1,030.00 | N/A | N/A | 0.00 |
| Citifinancial Retail Services | 7100-000 | 8,097.00 | N/A | N/A | 0.00 |
| Dsnb Macys | 7100-000 | 1,618.00 | N/A | N/A | 0.00 |
| Chase - Cc | 7100-000 | 15,160.00 | N/A | N/A | 0.00 |
| Citibank Usa | 7100-000 | 5,024.00 | N/A | N/A | 0.00 |
| Hsbc Best Buy | 7100-000 | 3,237.00 | N/A | N/A | 0.00 |
| Dsnb Macys | 7100-000 | 2,266.00 | N/A | N/A | 0.00 |
| Hsbc/carsn | 7100-000 | 1,654.00 | N/A | N/A | 0.00 |
| Peoples Gas C/O Bankruptcy Department | 7100-000 | 852.00 | N/A | N/A | 0.00 |
| Midland Credit Management, Inc. | 7100-000 | 1,947.62 | N/A | N/A | 0.00 |
| Receivable Performance Management | 7100-000 | 506.88 | N/A | N/A | 0.00 |
| Thd/cbsd | 7100-000 | 6,234.00 | N/A | N/A | 0.00 |
| Washington Mutual / Providian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Us Bank/na Nd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Merchants & Medical Credit Corp. | 7100-000 | 1,070.37 | N/A | N/A | 0.00 |
| Mann Bracken LLP | 7100-000 | 10,689.10 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Kohls | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| Hsbc/saks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Leading Edge Recovery Solutions LLC | 7100-000 | 4,813.13 | N/A | N/A | 0.00 |
| Lowes / MBGA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Mann Bracken LLP | 7100-000 | 20,534.20 | N/A | N/A | 0.00 |
| Lowes / MBGA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bureau Of Collection R | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| American Express c/o Becket and Lee | 7100-000 | 10,297.00 | N/A | N/A | 0.00 |
| Barclays Bank Delaware | 7100-000 | 1,282.00 | N/A | N/A | 0.00 |
| American Express c/o Beckett and Lee LLP | 7100-000 | 6,572.00 | N/A | N/A | 0.00 |
| Arrow Financial Services | 7100-000 | 4,569.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 325,871.81 | 190,715.85 | 190,715.85 | 3,262.72 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-71361  
**Case Name:** DECASTRO, BENJAMIN M  
  DECASTRO, KATHERINE R  
**Period Ending:** 09/28/10  

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 04/06/09 (f)  
**§341(a) Meeting Date:** 05/14/09  
**Claims Bar Date:** 08/19/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10 Shoal Creek, Lake In The Hills, IL | 376,921.00 | 0.00 | DA | 0.00 | FA |
| 2 | 4120 North Troy, Chicago, IL | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - Chase | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account - Wachovia Bank | 45.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account - Park National Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account - Harris Bank | 45.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account - Citibank | 55.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods and furnishings | 1,225.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 750.00 | 0.00 | DA | 0.00 | FA |
| 10 | Miscellaneous costume jewelry | 125.00 | 0.00 | DA | 0.00 | FA |
| 11 | Protective Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Anticipated 2008 tax refund of $8,575.00 | 8,575.00 | 0.00 | DA | 4,975.00 | FA |
| 13 | 2002 Mercedes ML320<br>Order denying Debtors' claimed exemption in the 2002 Mercedes entered June 15, 2009. | 7,000.00 | 3,600.00 | DA | 3,600.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.24 | FA |
| 14 | Assets   Totals (Excluding unknown values) | $794,841.00 | $3,600.00 | | $8,575.24 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   November 1, 2009   **Current Projected Date Of Final Report (TFR):**   October 6, 2009 (Actual)

Printed: 09/28/2010 01:40 PM    V.12.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-71361 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | DECASTRO, BENJAMIN M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DECASTRO, KATHERINE R | | Account: | ***-*****17-65 - Money Market Account |
| Taxpayer ID #: | **-***8314 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/28/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/10/09 | | United States Treasury | Income Tax Refund | | 8,575.00 | | 8,575.00 |
| | {12} | | 4,975.00 | 1124-000 | | | 8,575.00 |
| | {13} | | 3,600.00 | 1129-000 | | | 8,575.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 8,575.19 |
| 10/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.05 | | 8,575.24 |
| 10/06/09 | | To Account #********1766 | Transfer funds from MMA to checking | 9999-000 | | 8,575.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,575.24 | 8,575.24 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,575.24 | |
| | | | **Subtotal** | | 8,575.24 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,575.24** | **$0.00** | |

{} Asset reference(s)   Printed: 09/28/2010 01:40 PM   V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-71361 | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | DECASTRO, BENJAMIN M / DECASTRO, KATHERINE R | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*17-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*8314 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/28/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/06/09 | | From Account #\*\*\*\*\*\*\*\*1765 | Transfer funds from MMA to checking | 9999-000 | 8,575.24 | | 8,575.24 |
| 10/06/09 | 101 | Benjamin M. Decastro and Katherine R. DeCastro | Returned portion of income tax refund per Court Order 09/20/2009 Stopped on 04/05/10 | 8100-002 | | 1,950.00 | 6,625.24 |
| 11/23/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $1,950.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,950.00 | 4,675.24 |
| 11/23/09 | 103 | Stephen G. Balsley | Dividend paid 100.00% on $1,412.52, Trustee Compensation; Reference: | 2100-000 | | 1,412.52 | 3,262.72 |
| 11/23/09 | 104 | Capital Recovery/GE Capital - Sam's Club | Dividend paid 1.71% on $5,027.28; Claim# 1; Filed: $5,027.28; Reference: 2540 | 7100-000 | | 86.02 | 3,176.70 |
| 11/23/09 | 105 | Capital Recovery/HSBC Bank - Carsons | Dividend paid 1.71% on $1,115.78; Claim# 2; Filed: $1,115.78; Reference: 1071 | 7100-000 | | 19.10 | 3,157.60 |
| 11/23/09 | 106 | Capital Recovery/GE Capital - Lord & Taylor | Dividend paid 1.71% on $1,611.76; Claim# 3; Filed: $1,611.76; Reference: 7011 | 7100-000 | | 27.57 | 3,130.03 |
| 11/23/09 | 107 | Capital Recovery/GE Capital - Old Navy | Dividend paid 1.71% on $540.95; Claim# 4; Filed: $540.95; Reference: 9166 | 7100-000 | | 9.25 | 3,120.78 |
| 11/23/09 | 108 | Capital Recovery/GE Capital - Lowe's | Dividend paid 1.71% on $3,146.88; Claim# 5; Filed: $3,146.88; Reference: 9654 | 7100-000 | | 53.84 | 3,066.94 |
| 11/23/09 | 109 | Capital Recovery/HSBC | Dividend paid 1.71% on $2,619.56; Claim# 6; Filed: $2,619.56; Reference: 6128 | 7100-000 | | 44.81 | 3,022.13 |
| 11/23/09 | 110 | Discovery Bank | Dividend paid 1.71% on $7,701.35; Claim# 7; Filed: $7,701.35; Reference: 2857 | 7100-000 | | 131.75 | 2,890.38 |
| 11/23/09 | 111 | Target National Bank | Dividend paid 1.71% on $8,991.44; Claim# 8; Filed: $8,991.44; Reference: 3934 | 7100-000 | | 153.82 | 2,736.56 |
| 11/23/09 | 112 | Roundup Funding, LLC | Dividend paid 1.71% on $854.19; Claim# 9; Filed: $854.19; Reference: 7950 | 7100-000 | | 14.61 | 2,721.95 |
| 11/23/09 | 113 | Roundup Funding, LLC | Dividend paid 1.71% on $4,834.31; Claim# 10; Filed: $4,834.31; Reference: 4275 | 7100-000 | | 82.70 | 2,639.25 |
| 11/23/09 | 114 | PYOD, LLC/Citibank | Dividend paid 1.71% on $9,367.92; Claim# 11; Filed: $9,367.92; Reference: 6998 | 7100-000 | | 160.26 | 2,478.99 |
| 11/23/09 | 115 | PYOD, LLC/Citibank | Dividend paid 1.71% on $9,792.41; Claim# 12; Filed: $9,792.41; Reference: 3657 | 7100-000 | | 167.53 | 2,311.46 |
| 11/23/09 | 116 | Dell Financial Services L.L.C. | Dividend paid 1.71% on $2,137.06; Claim# 13; Filed: $2,137.06; Reference: 2098 | 7100-000 | | 36.56 | 2,274.90 |
| 11/23/09 | 117 | Chase Bank, USA | Dividend paid 1.71% on $3,318.40; Claim# 14; Filed: $3,318.40; Reference: 0339 | 7100-000 | | 56.77 | 2,218.13 |
| 11/23/09 | 118 | Chase Bank, USA | Dividend paid 1.71% on $6,694.49; Claim# 15; Filed: $6,694.49; Reference: 9196 | 7100-000 | | 114.53 | 2,103.60 |
| 11/23/09 | 119 | Chase Bank, USA | Dividend paid 1.71% on $1,108.27; Claim# | 7100-000 | | 18.96 | 2,084.64 |

Subtotals: $8,575.24    $6,490.60

{} Asset reference(s)                                                                 Printed: 09/28/2010 01:40 PM  V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-71361 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DECASTRO, BENJAMIN M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DECASTRO, KATHERINE R | | Account: | \*\*\*-\*\*\*\*\*17-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*8314 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/28/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 16; Filed: $1,108.27; Reference: 2968 | | | | |
| 11/23/09 | 120 | American Express Centurion Bank | Dividend paid  1.71% on $33,549.44; Claim# 17; Filed: $33,549.44; Reference: 1006 | 7100-000 | | 573.96 | 1,510.68 |
| 11/23/09 | 121 | American Express Bank FSB | Dividend paid  1.71% on $10,183.55; Claim# 18; Filed: $10,183.55; Reference: 1002 | 7100-000 | | 174.22 | 1,336.46 |
| 11/23/09 | 122 | American Express Bank FSB | Dividend paid  1.71% on $19,501.93; Claim# 19; Filed: $19,501.93; Reference: 1009 | 7100-000 | | 333.63 | 1,002.83 |
| 11/23/09 | 123 | American Express Centurion Bank | Dividend paid  1.71% on $11,674.04; Claim# 20; Filed: $11,674.04; Reference: 1005 | 7100-000 | | 199.72 | 803.11 |
| 11/23/09 | 124 | FIA Card Services/Bank of America/MBNA America Bank | Dividend paid  1.71% on $18,359.63; Claim# 21; Filed: $18,359.63; Reference: 7516 | 7100-000 | | 314.09 | 489.02 |
| 11/23/09 | 125 | FIA Card Services/Bank of America/MBNA America Bank | Dividend paid  1.71% on $20,097.61; Claim# 22; Filed: $20,097.61; Reference: 9154 | 7100-000 | | 343.82 | 145.20 |
| 11/23/09 | 126 | FIA Card Services/Bank of America/MBNA America Bank | Dividend paid  1.71% on $5,783.37; Claim# 23; Filed: $5,783.37; Reference: 1397 | 7100-000 | | 98.94 | 46.26 |
| 11/23/09 | 127 | FIA Card Services/Bank of America/MBNA America Bank | Dividend paid  1.71% on $2,704.23; Claim# 24; Filed: $2,704.23; Reference: 1784 | 7100-000 | | 46.26 | 0.00 |
| 04/05/10 | 101 | Benjamin M. Decastro and Katherine R. DeCastro | Returned portion of income tax refund per Court Order 09/20/2009 Stopped: check issued on 10/06/09 | 8100-002 | | -1,950.00 | 1,950.00 |
| 04/05/10 | 128 | Clerk of the United States Bankruptcy Court | Returned portion of income tax refund per Court Order 09/20/2009 Voided on 04/05/10 | 8500-002 | | 1,950.00 | 0.00 |
| 04/05/10 | 128 | Clerk of the United States Bankruptcy Court | Returned portion of income tax refund per Court Order 09/20/2009 Voided: check issued on 04/05/10 | 8500-002 | | -1,950.00 | 1,950.00 |
| 04/05/10 | 129 | Clerk of the United States Bankruptcy Court | Returned portion of income tax refund per Court Order 09/20/2009 | 8500-002 | | 1,950.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,575.24 | 8,575.24 | $0.00 |
| | | | Less: Bank Transfers | | 8,575.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,575.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,575.24** | |

{} Asset reference(s)                                                                                                 Printed: 09/28/2010 01:40 PM    V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-71361 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DECASTRO, BENJAMIN M | | Bank Name: | The Bank of New York Mellon |
| | DECASTRO, KATHERINE R | | Account: | 9200-******17-66 - Checking Account |
| Taxpayer ID #: | **-***8314 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/28/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****17-65 | 8,575.24 | 0.00 | 0.00 |
| Checking # ***-*****17-66 | 0.00 | 8,575.24 | 0.00 |
| Checking # 9200-******17-66 | 0.00 | 0.00 | 0.00 |
| | $8,575.24 | $8,575.24 | $0.00 |

{} Asset reference(s)

Printed: 09/28/2010 01:40 PM   V.12.52